UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD C. BROWN, JR. et al. )
)
        Plaintiffs, )
)
v. ) C.A. No. 00-0135 (RMU)
)
PAUL L. VANCE, et al. )
)
        Defendants. )

FILED
FEB 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

This action arises under the Fair Labor Standards Act (FLSA), 29 U.S.C. 201 et seq. for the failure of the District of Columbia Public Schools to pay overtime as required by 29 U.S.C. 207. Pending before the Court is Plaintiffs' Renewed Motion for Partial Summary Judgment filed herein on September 17, 2004.

On September 14, 2004, pursuant to Rule 68 of the Federal Rules of Civil Procedure, the District of Columbia, District of Columbia Public Schools and Paul Vance (collectively Defendants) offered to Plaintiff employees (collectively Plaintiffs) a judgment to resolve all issues related to the payment of overtime for the periods outlined in the amended complaint herein. After discussion and negotiation, the Plaintiffs, by letter dated November 1, 2004 accepted the Offer of Judgment. The terms of the Offer of Judgment and Plaintiffs acceptance thereto are as follows:

1. Defendants will pay in the aggregate $128,760.08 to the 216 plaintiffs. The breakdown of payments to be made to each Plaintiff is set forth in a chart entitled "Revised Damage Claims", dated November 17, 2004. See, Attachment A.

2. Defendants will pay plaintiffs $75,000 in attorney's fees and costs. The aforementioned fees and costs will be paid directly to the law firm of Beins, Axelrod, Kraft, Gleason & Gibson.

3. Plaintiffs' Motion for Partial Summary Judgment filed on September 17, 2004 is hereby withdrawn and the amended complaint herein is dismissed with prejudice as to all claims therein.

                                                               RICARDO M. URBINA
                                                               United States District Judge